MICHAEL J. MESSINA (SB# 92415)
**WOODS & MESSINA**
550 West "C" Street, Suite 1670
San Diego, CA 92101
Tel. (619) 232-1914
Fax (619) 237-8898

Attorney for Defendant
BENJAMIN MANUEL CUNNINGHAM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BENJAMIN MANUEL CUNNINGHAM (4),<br><br>　　　　Defendant. | Case No.:   08CR0286-BTM<br><br>NOTICE OF MOTION AND MOTIONS FOR:<br><br>(1) DISCOVERY<br>(2) AND LEAVE TO FILE FURTHER MOTIONS<br><br>Date:   March 7, 2008<br>Time:   1:30 p.m. |

TO: PLAINTIFF UNITED STATES ATTORNEY, AND ITS ATTORNEY OF RECORD, UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that at the above designated time and place defendant,

BENJAMIN MANEUL CUNNINGHAM, will move the court for an order compelling discovery

and to suppress statements in the instant case with respect to the items set forth in the attached

memorandum of law, based upon the constitutional, statutory and

judicial authorities cited herein.  Defense counsel will further move the court for leave to file further motions herein as may be warranted by discovery materials produced in the case.

    Said motions are based upon the instant motion, the attached memorandum of law and on such evidence and argument as may be presented at the hearing on the motion.

Respectfully submitted,

Dated:  February 25, 2008      S/   MICHAEL J. MESSINA
MICHAEL J. MESSINA
Attorney for Defendant
BENJAMIN MANUEL CUNNINGHAM