01/10/2008  16:02    6194639785              YANEZ                          PAGE   01

MICHAEL J. MESSINA (SB# 92415)
**WOODS & MESSINA**
550 West C Street, Ste. 1670
San Diego, CA 92101
Tel. (619) 233-7633
Fax (619) 237-8898

Attorneys for Defendant
BEN CUNNINGHAM

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. O8- 286 BTM |
| Plaintiff, | ) |
| vs. | ) ACKNOWLEDGMENT OF NEW<br>) COURT DATE |
| BEN CUNNINGHAM, | ) |
| Defendant. | ) |

It is hereby acknowledged by defendant, BEN CUNNNGHAM, that my new court date is set for April 15, 2008 at 2:00 p.m. before Honorable Magistrate LOUISA PORTER.

Dated: 4/14/08

BEN CUNNINGHAM
Defendant

ACKNOWLEDGMENT OF NEW COURT DATE

1