02/02/2008  12:38   6194639705                YANEZ                        PAGE  01

1  MICHAEL J. MESSINA (SB# 92415)
   **WOODS & MESSINA**
2  550 West C Street, Ste. 1670
   San Diego, CA 92101
3  Tel. (619) 233-7633
   Fax (619) 237-8898
4
5  Attorneys for Defendant
   BEN CUNNINGHAM
6
7
8              UNITED STATES DISTRICT COURT
9             SOUTHERN DISTRICT OF CALIFORNIA
10                  (BARRY T. MOSKOWITZ)
11
12 | UNITED STATES OF AMERICA,     ) Case No.  08CR0286-BTM
13 |         Plaintiff,            )
                                   ) ACKNOWLEDGMENT OF NEW
14 |    vs.                        ) COURT DATE
                                   )
15 | BEN CUNNINGHAM,               )
16 |         Defendant.            )
17                                 )
18                                 )

19     It is hereby acknowledged by defendant, BEN CUNNNGHAM, that my new court date is
20  set for June 6, 2008 at 2:00 p.m. before Honorable Judge Barry T. Moskowitz.
21
22
23
24  Dated: 5-5-08                    _____
25                                   BEN CUNNINGHAM
                                     Defendant
26
27
28

ACKNOWLEDGMENT OF NEW COURT DATE

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>BEN CUNNINGHAM,<br><br>       Defendant. | Case No. 08CR0286-BTM<br><br>**CERTIFICATE OF SERVICE** |

I am employed in the County of San Diego, State of California. I am over the age of 18 years, and not a party to the within action. My business address is:

550 West "C" Street, Suite 1670
San Diego, CA 92101

On May 5, 2008, I served the foregoing document described below as:

    ACKNOWLEDGMENT OF NEW COURT DATE

By the following method:

( )  **BY MAIL**
    By mailing (by first class mail, post prepaid) copies to all parties by delivering a true copy thereof enclosed in a sealed envelope to a representative of the U.S. Post Office.

( )  **BY FACSIMILE AND MAIL**
    I declare that I served the above named documents by faxing the documents during usual office hours and thereafter mailing (by first class mail, post prepaid) copies to all parties by delivering a true copy thereof enclosed in a sealed envelope to a representative of the U.S. Post Office.
    The fax number I used (sent to) is listed below and the facsimile machine I used reported no error.

( X )  **BY PERSONAL SERVICE**  I placed a true copy of the above documents in a sealed envelope clearly labeled to identify the attorney for the party being served, and personally delivered by hand leaving a copy with the receptionist or other person in charge at the office of each address named below.
    Received in their stead: _____ at:

PROOF OF SERVICE
1

( X ) CM/ECF

Electronic filing with the Office of the Clerk, United States District Court, Southern District of California

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 5, 2008, at San Diego, California.

                                /S/        MICHAEL J. MESSINA