1

2    **UNITED STATES DISTRICT COURT**

3    **SOUTHERN DISTRICT OF CALIFORNIA**
     _____

4    UNITED STATES OF AMERICA,          )    Criminal No. 08CR0286-BTM
                                        )
5                         Plaintiff,    )    **CERTIFICATE OF SERVICE**
                                        )
6         v.                            )
                                        )
7    OMAR JINESTA (1),                  )
                                        )
8                         Defendant.    )
                                        )
9    _____)

10       **IT IS HEREBY CERTIFIED THAT:**

11       **I, LEWIS C. MULLER**, declare I am a citizen of the United States and at least

12   eighteen years of age.  My business mailing address is 9625 Mission Gorge Road, Suite B-2,

13   PMB 357, Santee, California 92071.

14       I have caused service of **JOINT MOTION TO CONTINUE MOTIONS HEARING.**

15   The following recipients are currently on the list to receive e-mail notices for this case and have

16   thus been served electronically at the following e-mail addresses:

17

18   Debra Ann DiIorio          debra_diioriohall@yahoo.com

19   Casey J. Donovan, Jr.       donovan2donvan@hotmail.com

20   Michael j. Messina         wm4law@yahoo.com

21   Randy K. Jones        randy.jones@usdoj.gov

22       I declare under penalty of perjury that the foregoing is true and correct.

23   Executed on: *June 4, 2007*

24                                         *S/Lewis C. Muller*
                                           LEWIS C. MULLER, Attorney for
25                                         Defendant Omar Jinesta (1)

-1-