MICHAEL J. MESSINA (SB# 92415)
**WOODS & MESSINA**
550 West "C" Street, Suite 1670
San Diego, CA 92101
Tel. (619) 232-1914
Fax (619) 237-8898

Attorney for Defendant
BENJAMIN MANUEL CUNNINGHAM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>BENJAMIN MANUEL CUNNINGHAM,<br><br>   Defendant. | Case No.:   08CR0286-BTM<br><br>ACKNOWLEDGMENT OF NEW COURT DATE |

I, BENJAMIN MANUEL CUNNINGHAM, hereby acknowledge that my next court date is August 22, 2008 at 2:00 p.m. in front of the Honorable Judge Barry T. Moskowitz.

Dated: 6-20-08

BENJAMIN MANUEL CUNNINGHAM