UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0286-BTM |
| )  Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| ) | |
| BEN CUNNINGHAM, ) | |
| ) | |
| Defendant. ) | |

I am employed in the County of San Diego, State of California. I am over the age of 18 years, and not a party to the within action. My business address is:

550 West "C" Street, Suite 1670
San Diego, CA 92101

On June 22, 2008, I served the foregoing document described below as:

ACKNOWLEDGMENT OF NEW COURT DATE

By the following method:

(  )  **BY MAIL**
By mailing (by first class mail, post prepaid) copies to all parties by delivering a true copy thereof enclosed in a sealed envelope to a representative of the U.S. Post Office.

(  )  **BY FACSIMILE AND MAIL**
I declare that I served the above named documents by faxing the documents during usual office hours and thereafter mailing (by first class mail, post prepaid) copies to all parties by delivering a true copy thereof enclosed in a sealed envelope to a representative of the U.S. Post Office.
The fax number I used (sent to) is listed below and the facsimile machine I used reported no error.

( X )  **BY PERSONAL SERVICE**   I placed a true copy of the above documents in a sealed envelope clearly labeled to identify the attorney for the party being served, and personally delivered by hand leaving a copy with the receptionist or other person in charge at the office of each address named below.
Received in their stead: _____ at:

( X ) CM/ECF

    Electronic filing with the Office of the Clerk, United States District Court, Southern District of California

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on June 22, 2008, at San Diego, California.

                                      /S/        MICHAEL J. MESSINA