# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08CR0286-BTM |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| v. | ) | |
| | ) | |
| OMAR JINESTA (1), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY CERTIFIED THAT:**

**I, LEWIS C. MULLER**, declare I am a citizen of the United States and at least eighteen years of age. My business mailing address is 9625 Mission Gorge Road, Suite B-2, PMB 357, Santee, California 92071.

I have caused service of **JOINT MOTION TO CONTINUE MOTIONS HEARING.** The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following e-mail addresses:

Debra Ann DiIorio          debra_diioriohall@yahoo.com

Casey J. Donovan, Jr.      donovan2donvan@hotmail.com

Michael j. Messina         wm4law@yahoo.com

Randy K. Jones      randy.jones@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *August 20, 2008*

*S/Lewis C. Muller*
LEWIS C. MULLER, Attorney for
Defendant Omar Jinesta (1)

-1-