MICHAEL J. MESSINA (SB# 92415)
**WOODS & MESSINA**
550 West "C" Street, Suite 1670
San Diego, CA 92101
Tel. (619) 232-1914
Fax (619) 237-8898

Attorney for Defendant
BENJAMIN MANUEL CUNNINGHAM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08CR0286-BTM |
| Plaintiff, | ACKNOWLEDGMENT OF NEW COURT DATE |
| vs. | |
| BENJAMIN MANUEL CUNNINGHAM, | |
| Defendant. | |

I, BENJAMIN MANUEL CUNNINGHAM, hereby acknowledge that my next court date is October 24, 2008 at 2:00 p.m. in front of the Honorable Judge Barry T. Moskowitz.

Dated: 9-15-08

_____
BENJAMIN MANUEL CUNNINGHAM